UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTINA LOUISE MCCALEB,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:21-cv-01348-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to be Relieved of Providing Paper and CD Copies of the Certified Administrative Record filed by the Acting Commissioner of Social Security.  ECF No. 11.  The Acting Commissioner asks the Court to waive her obligation to file a paper copy of the Certified Administrative Record ("CAR") in this case because the Social Security Administration ("SSA") remains grossly understaffed in its offices despite the importance of its work to so many Americans.  It is unclear to the undersigned how the SSA can operate effectively if it operates primarily remotely.

Moreover, while the undersigned is not unsympathetic to the burden producing a paper record places on the SSA, the reality is that if the SSA does not produce a paper copy of the CAR, the federal judge who is responsible for deciding the anticipated motion to remand must do so. Perhaps the federal court needs to put pressure on the SSA to get people back in the office to serve Americans who are seeking its services.

Accordingly, IT IS HEREBY ORDERED that the Motion to be Relieved of Providing Paper and CD Copies of the Certified Administrative Record (ECF No. 11) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Social Security Administration is relieved of providing a CD copy of the CAR to the Court.

IT IS FURTHER ORDERED that the Social Security Administration may file an electronic copy of the CAR under seal, which shall be available to Plaintiff and Plaintiff's counsel.

1 IT IS FURTHER ORDERED that the Social Security Administration will provide a paper copy of the CAR to Chambers within 45 days of the date of this Order. The Court will issue a scheduling order regarding motion practice once the CAR is filed.

DATED this 31st day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE